UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

Robert Belcher                                                            Chapter 7
  DBA  Trimline Boston South Shore Inc.        Case Number 22-10560-JEB
                                                                                Honorable Janet E Bostwick

     Debtor

_____/

**NOTICE OF APPEARANCE**

    Please take notice that Orlans PC has been retained as Attorney for Creditor, The Bank of New York Mellon, fka, The Bank of New York, as successor in interest to JPMorgan Chase Bank, N.A., as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR4, Mortgage Pass-Through Certificates, Series, 2006-AR4, in the entitled action. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by pursuant to Bankruptcy Rules 9010(b) and 2002 and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Date:  May 3, 2022

                                              Respectfully Submitted,

                                              __/s/ Craig B. Rule_____
                                              Craig B. Rule, Esq. 569123
                                              Jason J. Giguere, Esq. 667662
                                              Orlans PC
                                              Attorneys for The Bank of New York Mellon, fka, The Bank of New York, as successor in interest to JPMorgan Chase Bank, N.A., as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR4, Mortgage Pass-Through Certificates, Series, 2006-AR4
                                              PO Box 540540
                                              Waltham, MA 02454
                                              (781) 790-7800
                                              Email: bankruptcyNE@orlans.com
                                              File Number: 22-005417

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

Robert Belcher  
  DBA  Trimline Boston South Shore Inc.

      Debtor

_____/

Chapter 7  
Case Number 22-10560-JEB  
Honorable Janet E Bostwick

## CERTIFICATE OF SERVICE

    I, Craig B. Rule, Attorney of Orlans PC, do hereby certify that on May 3, 2022, I caused to be served a copy of Notice of Appearance on the service list below by first class mail, postage prepaid or other method specified on the list.

Date:  May 3, 2022

                Respectfully Submitted,

                __/s/ Craig B. Rule_____  
                Craig B. Rule, Esq. 569123  
                Jason J. Giguere, Esq. 667662  
                Orlans PC  
                Attorneys for The Bank of New York Mellon, fka, The Bank of New York, as successor in interest to JPMorgan Chase Bank, N.A., as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR4, Mortgage Pass-Through Certificates, Series, 2006-AR4  
                PO Box 540540  
                Waltham, MA 02454  
                (781) 790-7800  
                Email: bankruptcyNE@orlans.com  
                File Number: 22-005417

<u>VIA US MAIL</u>

Robert Belcher  
590 Truman Highway  
Hyde Park, MA 02136

<u>VIA ECF</u>

John Fitzgerald Esq., Assistant U.S. Trustee  
Harold B Murphy Esq., Chapter 7 Trustee