# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | Chapter 7 |
| | Case Number 22-10560-JEB |
| Robert Belcher | Honorable Janet E Bostwick |
| **dba** Trimline Boston South Shore Inc. | |
| Debtor | |
| _____/ | |

## CERTIFICATE OF SERVICE

    I, Jason J. Giguere, Attorney of Orlans PC, do hereby certify that on June 21, 2022, I caused to be served a copy of Motion For Relief From The Automatic Stay on the service list below by first class mail, postage prepaid or other method specified on the list.

Date:  June 21, 2022

Respectfully Submitted,

/s/ Jason J. Giguere
Craig B. Rule, Esq. 569123
Jason J. Giguere, Esq. 667662
Orlans PC
Attorneys for The Bank of New York Mellon formerly known as The Bank of New York as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Trust 2006-AR4 Mortgage Pass-Through Certificates, Series 2006-AR4
PO Box 540540
Waltham, MA 02454
(781) 790-7800
Email: bankruptcyNE@orlans.com
File Number: 22-005417

VIA US MAIL

Robert Belcher
590 Truman Highway
Hyde Park, MA 02136

Zarina Belcher
590 Truman Highway a/k/a 590 Truman Parkway
Hyde Park, MA 02136

Boston City Hall
1 City Hall Square
Boston, MA 02201

<u>VIA ECF</u>

John Fitzgerald Esq., Assistant U.S. Trustee
Harold B Murphy Esq., Chapter 7 Trustee