**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In re:

| | |
|---|---|
| Robert Belcher | Chapter 7 |
| dba Trimline Boston South Shore Inc. | Case Number 22-10560-JEB |
| | Honorable Janet E Bostwick |
| Debtor | |

_____/

**CERTIFICATE OF SERVICE**

    I, Jason J. Giguere, Attorney of Orlans PC, do hereby certify that on June 21, 2022, I caused to be served a copy of Motion for Leave of Court to Postpone Foreclosure Sale on the service list below by first class mail, postage prepaid or other method specified on the list.

Date:  June 21, 2022

                Respectfully Submitted,

                /s/ Jason J. Giguere
                Craig B. Rule, Esq. 569123
                Jason J. Giguere, Esq. 667662
                Shawn Masterson, Esq. 658276
                Orlans PC
                Attorneys for The Bank of New York Mellon formerly known as The Bank of New York as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Trust 2006-AR4 Mortgage Pass-Through Certificates, Series 2006-AR4PO Box 540540 Waltham, MA 02454
                (781) 790-7800
                Email: bankruptcyNE@orlans.com
                File Number: 22-005417

<u>VIA US MAIL</u>

Robert Belcher
590 Truman Highway
Hyde Park, MA 02136

Zarina Belcher
590 Truman Highway a/k/a 590 Truman Parkway
Hyde Park, MA 02136

Boston City Hall
1 City Hall Square
Boston, MA 02201

<u>VIA ECF</u>
John Fitzgerald Esq., Assistant U.S. Trustee
Harold B Murphy Esq., Chapter 7 Trustee