

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>ROBERT BELCHER,<br>    Debtor | Ch. 7<br><br>22-10560-JEB |

## Order

**MATTER:**

#19 Motion filed by Creditor The Bank of New York Mellon formerly known as The Bank of New York as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Motion for Leave to Postpone Foreclosure Sale

The request for emergency treatment is granted as follows. The Court will construe the Motion as a motion for relief from stay. Having reviewed the Motion and good cause appearing therefor, the Motion is granted in part as follows. The Bank of New York Mellon is granted relief from stay for the limited purpose of continuing the foreclosure sale. The foreclosure sale shall be continued to a date no earlier than August 11, 2022.

Dated: 6/23/2022

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge