**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re: | Chapter 13 |
| | Case Number 22-10560-JEB |
| Robert Belcher | Honorable Janet E Bostwick |
| **dba Trimline Boston South Shore Inc.** | |
| Debtor | |
| _____/ | |

## ORDER RE: MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362 AND 11 U.S.C. § 1301

The Bank of New York Mellon formerly known as The Bank of New York as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Trust 2006-AR4 Mortgage Pass-Through Certificates, Series 2006-AR4, by and through its attorneys, Orlans PC having filed for Relief From Stay regarding real property known and numbered as 590 Truman Highway a/k/a 590 Truman Parkway, Hyde Park, MA 02136 notice having been given and good cause appearing therefore, it is hereby ORDERED that the Motion of The Bank of New York Mellon formerly known as The Bank of New York as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Trust 2006-AR4 Mortgage Pass-Through Certificates, Series 2006-AR4 for Relief From Stay is allowed and The Bank of New York Mellon formerly known as The Bank of New York as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Trust 2006-AR4 Mortgage Pass-Through Certificates, Series 2006-AR4 is granted relief from the automatic stay pursuant to 11 U.S.C. §362(d) and 11 U.S.C. §1301(c) so that it, and its successors and assigns, may proceed to exercise its rights pursuant to the Note and Mortgage dated December 22, 2005 and registered with Suffolk County Registry District of the Land Court as Document Number

713600 as noted on Certificate of Title Number 117651 in accordance with applicable state and federal law and to commence a summary process action against occupants of that property. Entry of this Order shall be effective immediately upon entry, notwithstanding the provisions of FRBP 4001(a)(3). This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

At _____ this \_\_\_\_\_ day of _____, 2023.

_____
Honorable Janet E Bostwick
U.S. BANKRUPTCY JUDGE