UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:
Robert Belcher

Debtor

_____/

Chapter 13
Case Number 22-10560-JEB
Honorable Janet E. Bostwick

# EMERGENCY MOTION TO FURTHER STAY THE ORDER ALLOWING RELIEF FROM STAY DURING THE PENDENCY OF THE APPEAL OF THE SAME

Pursuant to Fed. R. Bankr. P. Rule 8007, the Debtor respectfully requests that the May 23 Order allowing Bank of New York Mellon's motion for relief from stay, that was stayed until June 6, be further stayed during the pendency of the appeal of the same. In the alternative, if this request is denied, the Debtor respectfully requests to withdraw his Chapter 13 petition.

Dated: June 6, 2023

Respectfully submitted,
The Debtor, Robert Belcher,
By his attorney,

*David F Kiah*

Atty. David F. Kiah; BBO# 699623
P.O. Box 35844
Brighton, Ma. 02135
781-530-6688
dkiah@live.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon the parties listed below via the Court's ECF system on June 6, 2023.
/s/ David F. Kiah
David F. Kiah

Carolyn Bankowski-13-12
13trustee@ch13boston.com

-1-

Peter F. Carr, II, Esq. on behalf of The Bank of New York Mellon formerly known as The Bank of New York as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Trust 2006-AR4 Mortgage Pass-Through Certificates, Series 2006-AR4
pcarr@eckertseamans.com, vroy@eckertseamans.com

John P. Fitzgerald III, Esq.
USTPRegion01.BO.ECF@USDOJ.GOV

Jason Giguere, Esq. on behalf of Creditor The Bank of New York Mellon formerly known as The Bank of New York as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Trust 2006-AR4 Mortgage Pass-Through Certificates, Series 2006-AR4
bankruptcyNE@orlans.com, ANHSOrlans@InfoEX.com

For the Debtor, John F. Sommerstein, Esq.
jfsommersteinlaw@gmail.com