In re:                              Case No. 22-10560-jeb  
Robert Belcher                    Chapter 13  
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-1            User: admin            Page 1 of 2  
Date Rcvd: Aug 09, 2023        Form ID: pdf012        Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robert Belcher, 590 Truman Highway, Hyde Park, MA 02136-3609 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2023           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carolyn Bankowski-13-12 | 13trustee@ch13boston.com |
| Craig B. Rule | on behalf of Creditor The New Yoork Mellon fka, The Bank of New YUork, as successor in interest to JPMorgage Chase Bank, N.A., as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR-4 crule@zwickerpc.com, bknotices@zwickerpc.com |
| David F Kiah | on behalf of Plaintiff Robert Belcher dkiah@live.com |
| David F Kiah | on behalf of Debtor Robert Belcher dkiah@live.com |
| David T. Mazzuchelli | on behalf of Creditor Massachusetts Department of Revenue mazzucheld@dor.state.ma.us |

Jason Giguere
　　on behalf of Creditor The Bank of New York Mellon formerly known as The Bank of New York as successor Trustee to JPMorgan Chase Bank N.A., as Trustee for the Certificateholders of Structured Asset Mortgage Investments II bankruptcyNE@orlans.com, ANHSOrlans@InfoEX.com

Jason Giguere
　　on behalf of Creditor The New Yoork Mellon fka, The Bank of New YUork, as successor in interest to JPMorgage Chase Bank, N.A., as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR-4 bankruptcyNE@orlans.com, ANHSOrlans@InfoEX.com

Peter F. Carr, II
　　on behalf of Defendant Select Portfolio Servicing Inc., pcarr@eckertseamans.com, vroy@eckertseamans.com

Peter F. Carr, II
　　on behalf of Defendant The Bank of New York Mellon formerly known as The Bank of New York as successor Trustee to JPMorgan Chase Bank N.A., as Trustee for the Certificateholders of Structured Asset Mortgage Investments II pcarr@eckertseamans.com, vroy@eckertseamans.com

Richard King - B
　　USTPRegion01.BO.ECF@USDOJ.GOV

TOTAL: 10



UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In re:<br><br>ROBERT BELCHER,<br><br>          Debtor. | Chapter 13<br>Case No. 22-10560-JEB |

### Order Rescheduling August 17, 2023 Hearing

**MATTER:**

#135 Debtor's Motion to Voluntarily Dismiss His Chapter 13 Petition

Since the Debtor failed to properly serve the hearing notice [#137] and file a certificate of service, the hearing on this Motion is rescheduled to **August 31, 2023, at 10:15 AM**. The deadline to object is extended to **August 25, 2023**. The hearing will be telephonic.

The Debtor is responsible for: 1) serving a copy of this Order and the hearing notice upon all parties entitled to notice, including all creditors; and 2) filing a certificate of such service by **August 11, 2023**. If the Debtor fails to serve this Order or file a certificate of service, the Court will take such action as is appropriate.

All participants and anyone else wishing to attend the hearing must do so by telephone and not in person. To appear telephonically, attendees must, no later than five minutes prior to the scheduled time of hearing, dial **1-877-336-1839 and enter access code 1378281#**. To facilitate informal discussions similar to those that occur just prior to in-person hearings, the Court urges the parties to confer briefly at least 48 hours prior to the scheduled hearing.

Dated: August 9, 2023

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge